IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TRIPPE, | No. C-10-03409-DMR |
| Plaintiff, | **ORDER REFERRING CASE FOR REASSIGNMENT** |
| v. | |
| KEEVIL, et al., | |
| Defendants. | |

The above-captioned case was filed as a general civil rights matter and assigned to the undersigned. Upon review of the underlying civil case cover sheet and complaint, it appears that the matter is a prisoner pro se matter that should have been assigned to a district judge pursuant to the Limitations on Referrals of Matters to Magistrate Judges (General Order No. 42) and the Assignment Plan (General Order No. 44). The matter is therefore referred to the Clerk for reassignment to a district judge.

IT IS SO ORDERED.

Dated: August 5, 2010

_____
DONNA M. RYU
United States Magistrate Judge