**UNITED STATES DISTRICT COURT**
**Northern District of California**
1301 Clay Street
Oakland, California 94612
_____

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

**August 6, 2010**

CASE NUMBER:  CV 10-03409 RMW
CASE TITLE:  MICHAEL TRIPPE-v-KEEVIL

<u>AMENDED REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN JOSE** division.

**Honorable RONALD M. WHYTE** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **RMW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: August 6, 2010

FOR THE EXECUTIVE COMMITTEE:

_____
                      Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies        Special Projects
Log Book Noted                       Entered in Computer 08/06/10 cjl

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel              Transferor CSA