**United States District Court**
For the Northern District of California

*E-FILED - 3/3/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TRIPPE, | No. C 10-3409 RMW (PR) |
| Plaintinff, | ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME; ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION |
| v. | |
| W. KEEVIL, et al., | |
| Defendants. | |
| ——————————————————/ | (Docket Nos. 16 and 27) |

Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. Before the court is defendants' request for an extension of time to file a dispositive motion and plaintiff's motion for extension of time to file his opposition to defendants' dispositive motion.

On January 3, 2011, defendants filed an extension of time to file their dispositive motion. On January 6, 2011, defendants filed their dispositive motion. On February 4, 2011, plaintiff filed a motion for extension of time to file his opposition to defendants' dispositive motion.

Defendants' motion for extension of time is GRANTED and their dispositive motion is deemed timely filed. Plaintiff's motion for extension of time is GRANTED. His opposition shall be filed no later than February 26, 2011. Defendants reply is due **fifteen**

Order Granting Defendants's Motion for Extension of Time; Order Granting Plaintiff's Motion for Extension of Time to File Opposition
P:\PRO-SE\SJ.Rmw\CR.10\Trippe409eotDM-Oppo.wpd

1   **(15) days** from the date plaintiff's opposition is filed.

2        This order terminates docket nos. 16 and 27.

3        IT IS SO ORDERED.

4   DATED:   3/2/11

5                                                RONALD M. WHYTE
                                                 United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Granting Defendant's Motion for Extension of Time; Order Granting Plaintiff's Motion for Extension of Time to File Opposition
P:\PRO-SE\SJ.Rmw\CR.10\Trippe409eotDM-Oppo.wpd          2

**United States District Court**
For the Northern District of California