*E-FILED - 4/21/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL TRIPPE,** | Case No. 10-3409 RMW |
| Plaintiffs, | **[] ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION** |
| **v.** | |
| **KEEVIL, et al.,** | |
| Defendants. | |

Defendants Deputy Chief Warden Jacquez and Keevil (Defendants) moved this Court for a twenty-one-day extension of time to file a a reply to Plaintiff's Opposition to Defendants' Motion to Dismiss and Motion for Summary Judgment, up to and including April 7, 2011. After full consideration, and good cause appearing, IT IS ORDERED that the motion is granted, and that the time to file a reply to Plaintiff's opposition is extended for twenty-one days, up to and including April 7, 2011.

Dated:   4/21/11

_____
RONALD M. WHYTE
United States District Judge

1