*E-FILED - 7/29/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL TRIPPE, | ) | No. C 10-3409 RMW (PR) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| W. KEEVIL, et al., | ) | |
| Defendants. | ) | |

The court has granted in part defendants' motion to dismiss, and granted defendants' motion for summary judgment. Judgment is entered in favor of defendants and against plaintiff. The clerk shall close the file.

IT IS SO ORDERED.

DATED: ___7/28/11___

_____
RONALD M. WHYTE
United States District Judge

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

TRIPPE et al,

                    Plaintiff,

  v.

KEEVIL et al,

                    Defendant.
_____/

Case Number: CV10-03409 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 29, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Trippe
E61614
P.O. Box 7500
Crescent City, CA 95531

Dated: July 29, 2011

                    Richard W. Wieking, Clerk
                    By: Jackie Lynn Garcia, Deputy Clerk